CARL F. MARIANO, SB #010994
Carl.Mariano@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant, Canyoneers, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PRESCOTT DIVISION

| | |
|---|---|
| Cheryl Lanier,<br><br>    Plaintiff,<br><br>vs.<br><br>Canyoneers, Inc., a domestic corporation; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br><br>    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and Local Rule of Civil Procedure 3.6, Defendant Canyoneers, Inc. ("Defendant") hereby gives notice of the removal of the above-captioned case from the Superior Court of the State of Arizona, in and for the County of Coconino, to the United States District Court for the District of Arizona, Prescott Division, and in support thereof states as follows:

    1.    On or about September 4, 2020, Plaintiff Cheryl Lanier ("Plaintiff") filed the present lawsuit in the Superior Court of the State of Arizona, in and for the County of Coconino, Case No. S0300CV202000430. (*See* Complaint, attached as Exhibit "A"). The lawsuit derives from a rafting accident allegedly caused by the negligence of Defendant's rafting-guide employees. (*Id.* at ¶¶ 12, 27-33.)

4828-7836-9489.1

2. While the Complaint does not list or mention an address for Plaintiff, her attorney of record in this case confirmed to undersigned counsel that Plaintiff resided in California at the time of the subject accident and still resides there today.

3. Plaintiff served Defendant with the Summons and Complaint via personal service.

4. Defendant is an Arizona corporation and maintains its principal place of business in Arizona. (Ex. A ¶ 3.)

5. A copy of the Coconino County Superior Court docket for the above-captioned case is attached as Exhibit "B."

6. The remaining documents that are part of the state-court record consist of a Summons, Certificate of Compulsory Arbitration and two Certificates of Service. These documents are attached as Exhibit "C."

7. In accordance with 28 U.S.C. § 1446(a) and LRCiv 3.6, counsel hereby certifies that Exhibits A through C are true and complete copies of all pleadings and other documents filed in the Superior Court of the State of Arizona, in and for the County of Coconino (*See* Declaration of Carl F. Mariano, attached as Exhibit "D")).

8. Plaintiff is seeking money damages in excess of $300,000, the amount "set forth in Rule 26.2(c)(3)(C), Arizona Rules of Civil Procedure[.]" (Ex. A ¶ 45.)

9. This Court has complete diversity jurisdiction over all parties pursuant to 28 U.S.C. § 1332(a)(1), which confers original jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States[.]"

10. Venue is also proper in this Court because the circumstances surrounding the accident subject of Plaintiff's Complaint took place in Arizona. *See* 28 U.S.C. § 1391(b)(2) (permitting suit in any district where "a substantial part of the events or omissions giving rise to the claim occurred").

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4828-7836-9489.1　　　　　2

11. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it is being filed within thirty days after service of the Summons and Complaint, which occurred on October 7, 2020.

12. Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.6, the Coconino County Superior Court was informed that this Notice of Removal was filed and served upon counsel for Plaintiff. (*See* Exhibit "E" hereto).

13. A Civil Cover Sheet and Supplemental Civil Cover Sheet have also been filed this date.

WHEREFORE, Defendant requests that the above action now pending in the Coconino County Superior Court be removed to this Court.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Carl F. Mariano
Carl F. Mariano
Attorneys for Defendant Canyoneers, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, I electronically transmitted the foregoing Notice of Removal to the Clerk's office using the Court's CM/ECF system for filing, which caused copies to be sent electronically to the following:

Allen D. Bucknell, Esq.
Goldberg & Osborne, LLP
4423 E. Thomas Rd., Suite 1
Phoenix, AZ 85018
Phone: (602) 808-6200
Email: abucknell@goldbergandosborne.com
Attorney for Plaintiff

                                        /s/ Carl F. Mariano
                                        Attorney for Defendant